# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>            v.<br><br>INTERLAKEN MILLS, *et al.*,<br>    Defendants. | 1:20-mc-791<br><br>(originally In Equity No. 15-92) |

## ORDER TERMINATING FINAL JUDGMENT

The Court having received the motion of the plaintiff, United States of America, for termination of the final judgment entered in the above-captioned case, and the Court having considered all papers filed in connection with this motion, and the Court finding that it is appropriate to terminate the final judgment, it is

**ORDERED, ADJUDGED, AND DECREED:**

That said final judgment is hereby terminated.

Dated: December 23, 2020

/s/ John G. Koeltl
United States District Court Judge
Southern District of New York